U.S.A.

v.

David Ead

00-8
CR ~~99-60~~

**MOTION**

**REQUEST FOR COURT APPOINTED LEGAL COUNSEL**

I am seeking the Court's assistance in providing me with legal counsel so that I can present arguments in an effort to reduce my court ordered restitution. After several conversations with Providence Tax Officials, we are of the opinion that, with proper legal help, I can make a compelling case for a reduction in my $60,000 restitution.

Unfortunately, I cannot afford to hire an attorney for the following reasons:

1. My vending machine business has never recovered from the negative publicity surronding the Plunder Dome Scandal. Business is down 66% causing me to reduce expenses and lay-off the few employees I had. My wife and I are now running the business as best we can.

2. I have recently experienced serious health problems (severe complications from diabetes) that have caused me to be hospitalized for eleven days. This illness prevents me from working a normal schedule. I have incurred hospital bills in excess of $34,000 and I do not have health insurance coverage.

Based on the above, I am requesting Court appointed Legal Counsel.

DATE: August 20, 2005

Signature: David C. Ead
David C. Ead

183