CR00-08L

# MOTION

## REQUEST FOR COURT APPOINTED LEGAL COUNSEL

I am in need of legal counsel to assist me in properly petitioning the Court for a reduction in my restitution.

Circumstances beyond my control are making it very difficult for me to meet my obligations. In essence, I am placing myself at the mercy of the court in requesting some financial relief.

The following are the major reasons why I cannot afford to hire an attorney on my own:

1. My vending machine business has never recovered from the negative publicity surrounding the Plunder Dome scandal. Business is down 66% causing me to reduce expenses and lay off the few employees I had. The primary asset worth anything, my building at 883 Manton Avenue, is up for sale but because of its current condition there have been no interested buyers. In the meantime, my wife and I continue to run the business as best we can.

2. I have recently experienced serious health problems (severe complications from diabetes) that have caused me to be hospitalized for eleven days. This illness prevents me from working a normal schedule because I cannot stand on my legs for extended periods of time and my eyesight is rapidly deteriorating. I have incurred hospital bills in excess of $34,000 and I do not have health insurance coverage.

Based on these hardships, I am requesting the services of court appointed Legal Counsel.

DATE: September 12, 2005

Signature: David C. Ead
David C. Ead