# MOTION

## Request for Early Release From Probation

On August 21, 2002, I was sentenced to five (5) years probation as a result of my pleading guilty and cooperating in the "Plunder Dome" investigation. Since that time, I have strictly adhered to all terms and conditions of my probation and I continue to make monthly payments toward the court ordered restitution. My reason for requesting early release is two fold:

First, I am currently unable to generate enough income to meet my obligations. My vending machine business is slow to recover from the negative publicity surrounding the Plunder Dome scandal. Business is down 66% and I had to lay off all my employees. I have tried to borrow some money for working capital, but when the financial institutions conduct their do diligence and check my background and credit reports, they deny me because I am on probation until August 2007. If I could borrow money and increase my business, I could pay off the balance of my restitution sooner.

Secondly, my health has deteriorated over the last year (severe diabetes) and I am not quite sure how many more productive years I might have to expand my business.

If you grant my request for early release, I will be able to refinance my property at 883 Manton Avenue in Providence and obtain the funding I need to re-establish my business.

I acknowledge that it is my responsibility to continue paying my restitution until it is PAID IN FULL.

In conclusion, I am truly sorry for my actions in the past and you can be certain you will never see me in this courtroom again. Thank you for your consideration.

David C. Ead

David C Ead

CERTIFIED

I DAVID C EAD CERTIFIED A COPY OF THIS MOTION TO US ATTORNEY RICHARD ROSE

David Clad