UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

USA

VS.

CR NO. 00-08L

David C. Ead

ORDER

The government's response to the Defendant's motion for early release from probation filed on March 20, 2006 is due on April 30, 2006.

ENTER:

Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge
DATED: 4/5/06

BY Order:

Deputy Clerk