**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : CR NO: 00-08-L
:
:
DAVID C. EAD :

**GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR EARLY RELEASE FROM PROBATION**

The United States hereby objects to the Defendant's Motion for Early Release from Probation for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2006 I sent by U.S. mail a true copy of the Government's Objection to Defendant's Motion for Early Release from Probation to:

Heather McLoughlin
United States Probation Officer
United States Probation Office
West Pavilion Building, 3rd Floor
36 Exchange Terrace
Providence, RI 02903
and
David C. Ead

Paula Hosey

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA :
:
v. : CR NO: 00-08-L
:
:
DAVID C. EAD :

**UNITED STATES' OBJECTION TO DEFENDANT'S MOTION FOR EARLY RELEASE FROM PROBATION**

Now comes the United States and hereby objects to the defendant's motion for early release from probation for the following reasons.

## I. INTRODUCTION

On August 22, 2002, the defendant was sentenced to five years probation following his guilty plea to a six-count Information stemming from his role in a municipal corruption investigation in the City of Providence. In addition to probation, the defendant was also ordered to make restitution to the City of Providence in the amount of $60,000.00, fined $10,000.00, and assessed a special assessment of $600.00.

## II. ARGUMENT

The defendant provided substantial assistance in the investigation and prosecution of several city officials including the former mayor of the City of Providence. In the government's

view, the defendant's cooperation was complete, truthful, and a substantial part of the government's prosecutorial arsenal. In return, the government moved for a substantial assistance departure which the Court granted and the defendant received a probationary sentence.

To his credit, the government believes the defendant has been fully compliant with the Office of Probation and its instructions regarding the payment of fines and restitution. Probation calculated monthly payments of fines & restitution based on Ead's ability to pay. The defendant has complied with this payment plan. The defendant has paid his special assessment in full and has paid approximately $1,250.00 towards his fine and approximately $9,788.00 towards his restitution. While discharging the defendant will not affect his obligation to pay his remaining balances, the government cannot agree to an early release given the substantial amounts of fines and restitution which are still owing.

The government is sympathetic that the defendant's probationary status is hindering his ability to grow his business and thus affecting his ability to make restitution, but it cannot agree that early release from probation is appropriate.

## III. CONCLUSION

For all of these reasons, the United States respectfully objects to the defendant's early release.

Respectfully submitted,
UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

TERRENCE P. DONNELLY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2006 I sent by U.S. mail a true copy of the United States' Response to Defendant's Request for Early Release from Probation to:

Heather McLoughlin
United States Probation Officer
United States Probation Office
West Pavilion Building, 3rd Floor
36 Exchange Terrace
Providence, RI 02903

and

David C. Ead