UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No. 00-08L |
| | ) | |
| DAVID C. EAD | ) | |

<u>O R D E R</u>

Defendant, pro se, has filed a motion for early release from probation in this case. The government has objected.

Defendant was sentenced to five years probation following his guilty plea to a 6-count Information stemming from his role in the municipal corruption investigation in the City of Providence commonly called "plunderdome." Defendant was also ordered to make restitution to the City of Providence in the amount of $60,000; he was fined $10,0000; and he was assessed a special assessment of $600.00.

The defendant received the benefit of his bargain. He provided substantial assistance in the investigation and, therefore, he did not receive prison time, but rather the 5-year probationary term. He received that sentence on August 21, 2002, so he has a little less than a year and a half to complete his term of probation. He opines that if his probationary term is concluded, he will be able to refinance his business and reestablish his business so that he can continue to pay

restitution in full. He does not adequately explain why being on probation impedes his efforts to do that.

Under the circumstances, since the defendant received a substantial benefit by not being incarcerated and saved his business, it is not too much to ask that he complete his probationary term. Therefore, his motion is denied.

ENTER:

Ronald R. Lagueux
Senior Judge
May 23, 2006

BY ORDER:

Deputy Clerk